Christopher Lee OUTLEY,
Plaintiff—Appellant,

v.

Glenn N. JAMES, M.D., Defendant—
Appellee.

No. 08–17126.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 3, 2010.

Christopher Lee Outley, Corcoran, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Oliver Robert Lewis, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Christopher Lee Outley, a California state prisoner, appeals pro se from the district court's summary judgment for defendants and from the order denying his motions for summary judgment and for a preliminary injunction in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo an order granting summary judgment, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and for abuse of discretion and proper application of legal principles an order denying a preliminary injunction, *Earth Island Inst. v. U.S. Forest Serv.,* 351 F.3d 1291, 1298 (9th Cir.2003). We affirm.

The district court properly granted summary judgment to defendants because evidence of negligence and of a difference of medical opinion is insufficient to show deliberate indifference. *See McGuckin v. Smith,* 974 F.2d 1050, 1059 (9th Cir.1992) (explaining that negligence in diagnosing or treating a medical condition, without more, does not violate a prisoner's Eighth Amendment rights), *rev'd on other grounds, WMX Tech., Inc. v. Miller,* 104 F.3d 1133 (9th Cir.1997) (en banc); *Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir. 1989) (holding that a difference of opinion regarding the best course of medical treatment does not amount to deliberate indifference).

"[T]he district court employed the proper preliminary injunction standard and . . . correctly apprehended the underlying legal issues in the case," and therefore did not abuse its discretion in denying Outley's motion for a preliminary injunction. *Earth Island Inst.,* 351 F.3d at 1298.

Outley's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.